Fill in this information to identify the case:

Debtor name **1420 HOWE BUSINESS CENTER REHABILITATION LP**

United States Bankruptcy Court for the: **EASTERN** District of **CA**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | SMUD<br>PO BOX 15555<br>SACRAMENTO CA 95812 | | | | | | 1155.56 |
| 2 | ALLIANCE ELECTRIC<br>4878 PASADENA AVE #11<br>SACRAMENTO CA 95841 | Accounting (916) 481-6400 | alarm system | | | | 836.60 |
| 3 | ALPHA DES SECURITY<br>1429 N. MARKET BLVD<br>SACRAMENTO CA 95834 | AP (916)928-9293 | security guard | | | | 3,634.00 |
| 4 | ALVES JACOBSON ET AL<br>2377 Gold Meadow Wy #100<br>Sacramento CA 95841 | Susan Alves (916) 933-3375 | legal fees | | | | 2,796.50 |
| 5 | CA AMERICAN WATER<br>PO BOX 7150<br>PASADENA CA 91109 | legal dept (888)257-1333 | water | | | | 526.03 |
| 6 | CALIFORNIA SECURITY<br>PO BOX 255012<br>SACRAMENTO CA 95865 | Carla Ramos<br>info@calsecurity.us<br>(916) 978-1755 | security | | | | 2726.00 |
| 7 | CTA ENGINEERING<br>3233 MONIER CIRCLE<br>R.CORDOVA CA 95742 | BRIAN ALLEN<br>BALLEN@CTAGS.NET<br>(916)987-0919 | civil engineering | | | | 28,178.17 |
| 8 | ECO LANDSCAPE<br>4909 HARLIN DRIVE<br>SACRAMENTO CA 95826 | Doug Walnie(916) 369-1811 .co | landscape | | | | 5,560.00 |

Debtor    **1420 HOWE BUSINESS CENTER REHABILITA**     Case number (if known) _____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | YOUNGDAHL<br>1234 Glenhaven Ct<br>El Dorado Hills CA 95762 | Katherine Gallagher (916) 933-0633 | soil engineering | | | | 12,347.41 |
| 10 | LIBERTY MUTUAL<br>PO BOX 91013<br>CHICAGO IL 60680 | (800) 290-7933 | Environmental testing | | | | 1,248.20 |
| 11 | NATIONAL ANALYTICAL<br>2201 FRANCISCO DR<br>ED HILLS CA 95762 | Terrena Tilford<br>admin@nl1.com (916) 361-0555 | Evironmental testing | | | | 2987.50 |
| 12 | NELSON MULLINS<br>PO BOX 11070<br>COLUMBIA SC 29211 | accounting 800 361 0555 | legal | | | | 7983.00 |
| 13 | REPUBLIC SERVICES<br>PO BOX 78829<br>PHOENIX AZ 85062 | accounting 877 692 9729 | trash servoce | | | | 338.02 |
| 14 | SAC COUNTY UTILITIES<br>PO BOX 1804<br>SACRAMENTO CA 95812 | legal department 916 875-555 | utilities | | | | 22524.03 |
| 15 | SMART GUARD INC<br>PO BOX 13648<br>SACRAMENTO CA 95853 | byron@smartguard.com | security | | | | 3149.58 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2