**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA BAR ASSN NO. 119366)
Aaron A. Avery (CA BAR ASSN NO. 245448 )
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for Creditor
Robert Trujillo, dba All-Cal Demolition

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

In re

1420 HOWE BUSINESS CENTER
REHABILITATION LP,

      Debtor,

Case No.    20-23543-A-11

**NOTICE OF PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**

[Sacramento County, Document No. 202005271610]

Robert Trujillo, dba All-Cal Demolition ("Mr. Trujillo"), by and through his undersigned counsel, hereby gives notice of perfection of his mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1.      Mr. Trujillo, a sole proprietor doing business as All-Cal Demolition, provided and delivered substantial labor, services, equipment, and materials for the construction and improvement of a project upon real property located in the County of Sacramento, State of California (the "Property") owned by 1420 Howe Business Center Rehabilitation LP, the Debtor and Debtor-in-Possession herein (the "Debtor")

2.      Through July 20, 2020 (the "Petition Date"), the amount owing to Mr. Trujillo is not less than $250,754.00, exclusive of additional sums due and owing under Mr. Trujillo's contract with the Debtor, accruing interest and other charges, whether incurred

1

prior to or after the Petition Date.

3. On May 27, 2020, approximately two (2) months prior to the Petition Date, Mr. Trujillo perfected his mechanics lien under California Civil Code §§ 8400, et seq. by timely recording his Mechanics Lien (Claim of Lien) in the Official Records of Sacramento County, State of California, bearing Document No: 202005271610, as more fully described in its Mechanics Lien, a true and correct copy of which is attached hereto as Exhibit "A."

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, which arose on the Petition Date, Mr. Trujillo is precluded from filing a state court action to enforce his mechanics lien.

5. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App 4th 26, 41 (Cal. Ct. App. 2002).)

6. Accordingly, Mr. Trujillo hereby provides notice of his rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. Mr. Trujillo is filing and serving this notice to preserve, perfect and maintain the perfection of his lien and his rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having recorded a mechanics lien in the recorder's office for the county where the Property is located and then having commenced an action to foreclose the lien in the proper court. By this notice, the Debtor and other parties in interest are estopped from claiming that the lawsuit to enforce Mr. Trujillo's mechanics lien was not timely commenced pursuant to applicable state law. Mr. Trujillo intends to enforce his lien

Hefner, Stark & Marois, LLP
Sacramento, CA

2

K:\Trujillo, Robert\1420 Howe Business Center Rehabilitation LP (8745-0001)\Pleadings\pldg ntc of perfection of mechanics lien.docx

rights to the fullest extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

7.      The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, Mr. Trujillo does not make any admission of fact or law, and Mr. Trujillo asserts that his lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

8.      The filing of this notice shall not be deemed to be a waiver of Mr. Trujillo's right to seek relief from the automatic stay to foreclose his mechanics lien and/or a waiver of any other rights or defenses.

9.      Mr. Trujillo reserves all rights, including the right to amend or supplement this notice.

Dated:   August 31, 2020

HEFNER, STARK & MAROIS, LLP

By  _Howard S. Nevins_____
    Howard S. Nevins, Attorneys for
    ROBERT TRUJILLO, dba ALL-CAL
    DEMOLITION, Creditor

Hefner, Stark & Marois, LLP
Sacramento, CA

3

K:\Trujillo, Robert\1420 Howe Business Center Rehabilitation LP (8745-0001)\Pleadings\pldg ntc of perfection of mechanics lien.docx

UU Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105

MAY 27 2020

Sacramento County
Clerk-Recorder

202005271610

SPACE ABOVE FOR RECORDER'S USE

## Claim of Lien (Mechanics Lien)

Copy for
Return

**EXHIBIT "A"**

Recording Requested by All-Cal Demolition
Please Return To:
All-Cal Demolition
c/o Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105
Reference ID: 3471220
APN: 285-0101-021-0000 through 285-0101-029-0000

SPACE ABOVE FOR RECORDER'S USE

## CLAIM OF MECHANICS LIEN
California Civil Code Section 8416

**Claimant**
All-Cal Demolition
2625 Tierra Grande Circle
Sacramento, California 95827
(916) 505-9569

**Property Owner (Owner)**

Proequity Management
4980 Hillsdale Circle, Ste A
El Dorado Hills, California 95762


1420 Howe Business Center Rehabilitation L P
3600 American River Dr #200
Sacramento, California 95864


1420 Howe Business Center Rehabilitation L P
4980 Hillsdale Circle, Ste A
El Dorado Hills, California 95762


Michael Turner
4980 Hillsdale Circle Ste A
El Dorado, California 95762


**Property Liened (Property)**
County: Sacramento County
1420 Howe Ave, Sacramento, California 95825

**Legal Property Description:**
APNs: 285-0101-021-0000 through
285-0101-029-0000

**Services:** The lien is claimed for the following labor, services, equipment or materials: Demolition to 1418-1430 Howe Ave Commercial Building

**Job Number (if any):** 1418-1430 Howe Ave Business Center Rehab

**Amount Due:** Amount due after deducting all just credits and offsets: $356,804.00

**Hiring Party:** Name and Address of person or entity to whom Claimant furnished labor, services, equipment and/or materials:
Steel City Commercial Corporation
4980 Hillsdale Circle, Ste A
El Dorado Hills, California 95762

NOTICE IS HEREBY GIVEN that Claimant claims a lien for labor, service, equipment or materials under Section 8416 et seq. of the Civil Code of the State of California, upon the Property, above-described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein. The labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land above-described as the Property.

I, the undersigned, as a disclosed and authorized agent of the Claimant, state that I have read the foregoing Claim of Lien, that I have been provided information regarding the facts and contents therein, and that based thereupon, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Name of Claimant:
All-Cal Demolition

Signed:

Signed:

Claimant, All-Cal Demolition
by authorized limited agent
Print Name: Caroline Silverstein
Date: May 26, 2020
State of Louisiana
Parish of Orleans

Claimant, All-Cal Demolition
by authorized limited agent
Print Name: Caroline Silverstein
Date: May 26, 2020
State of Louisiana
Parish of Orleans

**IMPORTANT INFORMATION ON THE FOLLOWING PAGE**

# NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the Mechanic's Lien is recorded.

The party identified in the Mechanic's Lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a Mechanic's Lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanic's Lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Affidavit of Delivery

Delivery on behalf of: All-Cal Demolition
Re: *1420 Howe Ave, Sacramento , California 95825*
Item Delivered: Claim of Lien (Mechanics Lien)

Proof of Service Affidavit, California Civil Code § 3084 (a)(6), (c)(1)(A)
I, Caroline Silverstein, declare that on May 26, 2020, I delivered copies of the attached Mechanic's Lien and Notice of Mechanic's Lien to the property owner identified thereon at the address provided below, and in the delivery manner provided below. In addition to this delivery, or in the alternative to said delivery pursuant to California Code §3084(c)(1)(B) if delivery to the owner as required by §3084(c)(1)(A) could not be performed, I served / also served copies of the Mechanic's Lien and Notice of Mechanic's Lien to the following parties at the following addresses, and through the following method of delivery:

**Property Owner / Public Entity**, Proequity Management
4980 Hillsdale Circle, Ste A
El Dorado Hills, California 95762
By: US Certified with Return Receipt, **No. 9314 8699 0430 0071 7778 36 at May 26, 2020**
**Property Owner / Public Entity**, 1420 Howe Business Center Rehabilitation L P
3600 American River Dr #200
Sacramento, California 95864
By: US Certified with Return Receipt, **No. 9314 8699 0430 0071 7778 43 at May 26, 2020**
**Property Owner / Public Entity**, 1420 Howe Business Center Rehabilitation L P
4980 Hillsdale Circle, Ste A
El Dorado Hills, California 95762
By: US Certified with Return Receipt, **No. 9314 8699 0430 0071 7778 67 at May 26, 2020**
**Property Owner / Public Entity**, Michael Turner
4980 Hillsdale Circle Ste A
El Dorado, California 95762
By: US Certified with Return Receipt, **No. 9314 8699 0430 0071 7778 81 at May 26, 2020**
**General Contractor**, Steel City Commercial Corporation
4980 Hillsdale Circle, Ste A
El Dorado Hills, California 95762
By: US Certified with Return Receipt, **No. 9314 8699 0430 0071 7779 04 at May 26, 2020**

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Caroline Silverstein*
Agent for Claimant
Signed by: Caroline Silverstein
May 26, 2020

```
                    Sacramento County
              Donna Allred, Clerk/Recorder
                     (916) 874-6334

Receipt#:                               000616688
5/27/2020                              3:23:50 PM
Order#: 20200092991                           NDN
------------------------------------------------
Description                                Amount
------------------------------------------------
Official Recording                        $107.00
   Document 202005271610
   1 Title
      Recording Fees-Title                 $14.00
      Recording Fees-Page                  $12.00
      DA Fraud                              $6.00
      SB2-Bldg Homes & Jobs Fee            $75.00

Official Recording                        $107.00
   Document 202005271611
   1 Title
      Recording Fees-Title                 $14.00
      Recording Fees-Page                  $12.00
      DA Fraud                              $6.00
      SB2-Bldg Homes & Jobs Fee            $75.00

Official Recording                        $107.00
   Document 202005271612
   1 Title
      Recording Fees-Title                 $14.00
      Recording Fees-Page                  $12.00
      DA Fraud                              $6.00
      SB2-Bldg Homes & Jobs Fee            $75.00

------------------------------------------------
Total Amount Due                          $321.00
------------------------------------------------
Payments:
Check# 24899                              $107.00
Check# 23214                              $107.00
Check# 23220                              $107.00
------------------------------------------------

           We Appreciate Your Business
                 Have a Nice Day!
          Please keep for your reference
```